UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                                                Case No.  2:07-cr-12

JOSEPH KEITH ELLENICH III,                    HON.  ROBERT HOLMES BELL

      Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 4, 2007, for purposes of an initial appearance and arraignment on a felony indictment, alleging two counts of Sexual Abuse. The government filed a motion for detention of the defendant.  Defendant advised the court that he did not object to detention at that time but reserved the right to bring the matter before the court at a later date.  Accordingly, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an  attorney for the government, the person in charge of the corrections facility shall deliver

the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

                                /s/ Timothy P. Greeley
                                TIMOTHY P. GREELEY
                                UNITED STATES MAGISTRATE JUDGE

Dated:   June 7, 2007